ELMER E. BOGART et al., Appellants, *v.* COUNTY OF WESTCHESTER et al., Respondents.

Argued October 8, 1946; decided November 14, 1946.

*Leo T. Kissam, Charles E. Powers* and *Joseph F. O'Neill* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown* and *John C. Crary, Jr.* of counsel), appearing under section 68 of the Executive Law.

*Charles C. Collins* for American Automobile Association, *amicus curiæ.*

*William A. Davidson, Westchester County Attorney·* (*William F. Bleakley* and *Frank J. Clayton* of counsel), for respondents.

Appeal dismissed with costs, on the ground that no substantial constitutional question is directly involved. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.